**Stanley Earl WINSTON, Plaintiff—Appellant,**

v.

**Charlene GRICE, Defendant—Appellee,**

and

**Medical University of South Carolina; President of the Medical University of South Carolina; Dean of the Arts and Sciences Department; Chairman of the Biology Department; CEO of the Medical Division at the Medical University of South Carolina at Charleston, Defendants.**

No. 09–6187.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 2, 2009.

Stanley Earl Winston, Appellant Pro Se. Robin Lilley Jackson, Stephanie Pendarvis McDonald, Sandra Jane Senn, Senn, McDonald & Leinback, LLC, Charleston, South Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Winston appeals from the district court's order denying relief on his Fed.R.Civ.P. 60(b)(3) motion to reconsider the court's previous denial of his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find that Winston has failed to establish the narrow grounds needed for relief under Rule 60(b)(3). *Great Coastal Express, Inc. v. International Bhd. of Teamsters,* 675 F.2d 1349, 1356 (4th Cir.1982). Accordingly, we deny Winston's emergency motion for motion for appointment of counsel and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*